# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>            Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (BLS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of WOODBRIDGE GROUP OF COMPANIES, LLC, *et al*.,<br><br>            Plaintiff,<br><br>vs.<br><br>WARREN HORNING; KATHLEEN HORNING,<br><br>            Defendants. | Adversary Proceeding<br>Case No. 19-50323 (BLS) |

## **AFFIDAVIT OF SERVICE**

STATE OF OHIO      )
                            ) ss
COUNTY OF FRANKLIN  )

I, Andrea Speelman, being duly sworn, depose and state:

1.    I am a Case Manager with Epiq Class Action & Claims Solutions, Inc.,[2] the claims and noticing agent in the above-captioned proceeding. Our business address is 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017.

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification number are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

[2] Epiq Class Action & Claims Solutions, Inc. acquired Garden City Group, LLC on June 15, 2018.

2.      On February 6, 2020, at the direction of Pachulski Stang Ziehl & Jones LLP, Counsel to Plaintiff Michael Goldberg, in his capacity as Liquidating Trustee of the Woodbridge Liquidation Trust, I caused a true and correct copy of the **Notice of Voluntary Dismissal of Adversary Proceeding** [Docket No. 13] to be served by first class mail and email on a party identified on Exhibit A annexed hereto (Counsel to the Defendant).

/s/ Andrea Speelman
Andrea Speelman

Sworn to before me this 12th day of
February, 2019

/s/ Leighton Smith
Leighton Smith
Notary Public, State of Ohio
Commission Expires: March 21, 2024

# EXHIBIT A

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| LAW OFFICE OF KEN SCHNEIDER, P.S. | KEN SCHNEIDER, ESQ | 2015 33RD ST. | | | EVERETT | WA | 98201 | Ken@kenschneider.com |